# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00184-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUNTHER GLAUB

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:39 pm, Jun 06, 2016
JEFFREY P. COLWELL, CLERK

## INDICTMENT

FALSE CLAIMS
18 U.S.C. § 287

MAILING FICTITIOUS FINANCIAL INSTRUMENT
18 U.S.C. § 514(A)(3)

The Grand Jury charges:

### Counts 1–5: False Claims

1. On or about the dates set forth in the table below, in the State and District of Colorado, Defendant, Gunther Glaub, did make and present to the United States Department of Agriculture claims upon and against the United States in the amounts stated below, knowing those claims were false, fictitious, and fraudulent. Specifically, Defendant submitted bills and other debts to the Department of Agriculture for payment by the United States, knowing that the bill and debt was in fact owed by himself, all in violation of 18 U.S.C. § 287.

| *Count* | *Date* | *Claim for Payment To* | *Amount* |
|---|---|---|---|

| 1 | May 4, 2012 | Medved Chevrolet, Inc. | $65,722.36 |
| 2 | May 14, 2012 | Bellco Credit Union | $6316.38 |
| 3 | May 14, 2012 | Medved Chevrolet, Inc. | $54,796.47 |
| 4 | May 14, 2012 | Medved Chevrolet, Inc. | $73,773.39 |
| 5 | May 16, 2012 | US Department of Education | $5361.42 |

**Count 6: Mailing Fictitious Financial Instrument**

2.   In or about 2012, in the State and District of Colorado, Defendant, Gunther Glaub, with the intent to defraud, did utilize interstate commerce to transmit, transport, ship, move, and transfer to, from, and through the United States a false and fictitious instrument and document representing, purporting, and contriving through scheme and artifice to be an actual security and other financial instrument issued under the authority of the United States. Specifically, he mailed a false and fictitious instrument and document bearing the title "MONEY ORDER" that represented, purported, and contrived through scheme and artifice to be a financial instrument issued under the authority of the United States Treasury, all in violation of 18 U.S.C. § 514(a)(3).

A TRUE BILL

<u>Ink Signature on file in the Clerk's Office</u>
***Foreperson***

*John F. Walsh*
United States Attorney


*s/ Daniel E. Burrows*
**Daniel E. Burrows**
U.S. Attorney's Office
1225 17th St.
Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney


*s/ Pete Hautzinger*
**Pete Hautzinger**
U.S. Attorney's Office
205 N. 4th Street
Suite 400
Grand Junction, CO 81501
Telephone: (970) 257-7113
FAX: (970) 248-3630
E-mail: peter.hautzinger@usdoj.gov
Assistant U.S. Attorney