**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00184-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUNTHER GLAUB,

Defendant.

---

**MOTION FOR EXPERT WITNESS DISCLOSURE**

---

Guntehr Glaub, by and through his attorney, Siddhartha H. Rathod of RATHOD |

MOHAMEDBHAI LLC, pursuant to Fed. R. Crim. P. 16(a)(1)(E), (F), and (G), requests that the

Government give a written summary of any testimony that it intends to use under Rules 702,

703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.  The discovery of

this information is vital to Mr. Glaub, as it will allow him to form the basis for any appropriate

*Daubert*/*Kumho* challenge pursuant to Rule 702 of the Federal Rules of Evidence, before such

testimony is deemed admissible at trial.

The Indictment in this case charges Mr. Glaub with the creation of false or fictitious

instruments as well as under the False Claims Act.  The Government may seek to introduce

expert or scientific testimony at trial, as well as testimony from law enforcement officers with

regard to what constitutes a money order and/or other areas unknown to Mr. Glaub.

Under Rule 702 of the Federal Rules of Evidence, a witness may provide scientific,

technical, or special knowledge if it is determined that such a person is qualified as an expert.

Once qualified, the expert witness may be permitted to offer opinion testimony if (1) "the

testimony is based upon sufficient facts or data," (2) "the testimony is the product of reliable

principles and methods," and (3) "the expert has reliably applied the principles and methods to

the facts of the case."  Fed. R. Evid. 702; *see also Kumho Tire Co. v. Carmichael*, 526 U.S. 137

(1999); *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

Mr. Glaub has a right to discovery of a written summary of the proffered expert opinions

of each witness that the Government will offer at trial.  Fed. R. Crim. P. 16(a)(1)(G).  This

includes the qualifications of the witness and the bases for the proffered opinions:

> At the defendant's request, the government must give to the defendant a written summary
> of any testimony that the government intends to use under Rule 702, 703 or 705 of the
> Federal Rules of Evidence during its case in chief at trial . . . . [T]he summary provided
> under this subparagraph must describe the witness's opinions, the bases and reasons for
> those opinions, and the witness's qualifications.

*Id.*  Furthermore, Mr. Glaub requests that the Government allow counsel to inspect and copy all

papers and documents that are material to the preparation of the defense.  *See* Fed. R. Crim. P.

16(a)(1)(E).  This rule requires the discovery of all materials relied upon by the Government's

experts to support each expert's reasoning and the methods underlying each specific opinion.

*See* Fed. R. Evid. 703.

The Fifth and Sixth Amendments to the United States Constitution also require

comprehensive disclosure of the bases of proposed expert opinions.

WHEREFORE, Mr. Glaub requests that this Court order the Government to produce

written summaries of any proposed expert testimony outlining the specific opinions,

qualifications, and bases for opinions as required by Rule 702 of the Federal Rules of Evidence,

for the above-stated reasons.

Respectfully submitted this 6th day of September, 2016.

RATHOD | MOHAMEDBHAI LLC

<u>s/  Siddhartha H. Rathod</u>
Siddhartha H. Rathod
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
sr@rmlawyers.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing MOTION FOR EXPERT WITNESS DISCLOSURE with the Clerk of Court using the CM/ECF system, which will send electronic notification to of such filing to all counsel of record.

RATHOD | MOHAMEDBHAI LLC

*s/ Siddhartha H. Rathod*
_____
Siddhartha H. Rathod