CASE CAPTION:   UNITED STATES v. GUNTHER GLAUB

CASE NO.:        CRIMINAL CASE NO. 16-CR-00184-RM

EXHIBIT LIST OF: UNITED STATES OF AMERICA, Plaintiff
                 (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1 | Zappe Molliconi | USDA mailing – Medved 4/30/12 (silver Camaro) | | | | | |
| 2 | Zappe | USDA mailing – Bellco – 3/19/12 | | | | | |
| 3 | Zappe Lowery | USDA mailing – Medved 2/14/12 (black Sierra) | | | | | |
| 4 | Zappe Lowery | USDA mailing – Medved 2/14/12 (black Corvette) | | | | | |
| 5 | Zappe Kreger Milka | USDA mailing – Dep't of Ed. | | | | | |
| 6 | Zappe Kreger Milka | USDA mailing – Nelnet 4/24/12 | | | | | |
| 7 | Molliconi | Molliconi-Glaub e-mails 11/29-12/30 Subject: RE: ZL1 Camaro | | | | | |
| 8 | Molliconi | Molliconi-Glaub e-mails 11/29-12/19 Subject: ZL1 Camaro | | | | | |
| 9 | Molliconi | Molliconi-Glaub e-mails 1/23-1/24 Subject: Camaro ZL1 | | | | | |
| 10 | Molliconi | Molliconi-Glaub e-mails 3/13 Subject: Silver Ice ZL1 Camaro | | | | | |
| 11 | Molliconi | Molliconi-Glaub e-mails 3/14 Subject: In or not? | | | | | |
| 12 | Molliconi | Molliconi-Glaub e-mails 3/20-3/21 Subject: ZL1 Deposit | | | | | |
| 13 | Molliconi | Molliconi-Glaub e-mails 4/23 Subject: Silver Ice ZL1 | | | | | |
| 14 | Molliconi | Molliconi-Glaub e-mails 7/2-7/5 Subject: 2013 Camaro ZL1 | | | | | |
| 15 | McKay | Glaub DMV Dossier 2011 | | | | | |
| 16 | McKay | Glaub DMV Dossier 2012 | | | | | |
| 17 | McKay | Glaub DMV Dossier 2015 | | | | | |
| 18 | Oien | Check 2649 – 2/2/12 | | | | | |
| 19 | Oien | DougCo Treasurer letter 2/13/12 | | | | | |
| 20 | Oien | Check 2334 – 2/27/11 | | | | | |
| 21 | Oien | Envelope 2/27/12 mailing to Douglas County Treasurer | | | | | |
| 22 | Oien | Oien notes | | | | | |

| 23 | Zappe | Renunciation of Citizenship | | | | | |
|----|-------|-----------------------------|--|--|--|--|--|
| 24 | McKay | Acknowledgement/Acceptance of Deed | | | | | |
| 25 | Fierro Watson | IREA membership application | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |