Gunther Eugen Aguilar-Glaub
427 Burgess Drive
Castle Rock, Colorado Douglas
Postal extension (80104)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JAN 19 PM 1:01

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT, COLORADO

FOR THE DISTRICT OF COLORADO: DENVER

| | |
|---|---|
| The People of the State of Colorado ) | Case # 2016cr00184-RM |
| Plaintiff (a fiction) ) | |
| Vs. ) | |
| ) | Date: January 19th, 2016 |
| GUNTHER EUGEN AGUILAR-GLAUB ) | |
| Defendant (a fiction) | |

## NOTICE OF TERMINATION OF COUNCIL

Notice to agent is notice to principle and notice to principle is notice to agent Notice to the court,

1. Termination of counsel Siddhartha Rathod, and all assumptions and presumptions are herby rebutted and made VOID we have no agreements/contracts.

2.. Notice of self; gunther eugen aguilar-glaub

3. All attorneys/judges are bar card holders who work for the foreign Northern Trust Corporation. And must be registered with the F.A.R.A (foreign agents registration act) which in this case are not. Is this not a federal crime? Notice of bonding code violations.

4. You've exceeded your jurisdiction under color of law, Trespassed against me, held me in jail

A lawyer does not represent the people never has. Its first duty is to the court and themselves, thus no representation and furthermore it show me as incompetent, not so.

Now as a representative of I (Gunther Eugen Aguilar-glaub) this court <u>DOES NOT HAVE MY CONSENT</u> et. al., to do or hold anything against me. Also there is no contract never will be

ALL PREVIOUS CONTRACTS EL AL ARE HEREBY NULL AND VOID. EFFECTIVE FROM THE START OF ALL ACTIONS.

5. I require all information per **"Brady Act"** pertaining to this case and any related issues/fact. I require 60 days upon receipt of this information to respond.

_/s/_
Gunther Eugen Aguilar-glaub

1