IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Date: 1/24/17

Time: 3:30

Case No. 16-cr-00184-RM

## NOTE FROM JURY

Can you provide additional clarification as to the legal definition of "claim" and "demand for payment?"

By: _____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

No.

By: _____
Raymond P. Moore
United States District Judge