IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Date: 1/24/17

Time: 3:35

Case No. US v. Glauch

## NOTE FROM JURY

Is there a legal distinction between a "claim" and a "petition"?

By: _____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

The definition of claim is as set forth in Instruction No. 19.

By: _____
Raymond P. Moore
United States District Judge