IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Date: 1/24/17

Time: 4:45

Case No. Haub

## NOTE FROM JURY

Can we take the Jury Instructions home?

By: _____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

No.

By: _____
Raymond P. Moore
United States District Judge