IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00184-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUNTHER GLAUB,

Defendant.

## DEFENDANT'S OBJECTIONS TO PRESENTENCING INVESTIGATION REPORT

Gunther Glaub, by and through his attorneys Siddhartha H. Rathod and Laura B. Wolf of RATHOD | MOHAMEDBHAI LLC, hereby files his objections to the Presentencing Investigation Report ("PSI"), and in support thereof he states as follows:

1. On January 25, 2017, Mr. Glaub was found guilty of committing five counts of violating the False Claims Act, 18 U.S.C. § 287.

2. The five convictions arose out of alleged requests for the following amounts to be paid by the United States Department of Agriculture: $65,722.36; $6,316.38; $54,796.47; $73,773.39; and $5,361.42. *See* Indictment [ECF No. 1]; **Ex. 1**, *Final Jury Instructions* at No. 14. These amounts total $205,970.02.

3. Despite having been convicted only of making false claims totaling $205,970.02, the PSI states that Mr. Glaub made false claims in an attempt to compel the government to pay him approximately $1,680,000. PSI [ECF No. 121] at 5, ¶ 10. No such finding has ever been made by a jury of Mr. Glaub's peers.

4. The PSI calculates Mr. Slocum's Specific Offense Characteristics offense level at 16

1

points on account of the "instant offense involv[ing] an intended loss of $1,680,000." PSI at 6, ¶ 19. Because the "intended loss" was in fact more than $150,000 but less than $250,000, the Specific Offense Characteristics offense level should only reflect a 10-point increase. *See* USSG § 2B1.1(b)(1)(F). The total offense level should then be 16 points, not 22 points. *See* PSI at 6-7, ¶¶ 18-26.[1]

5.   The PSI also assigns Mr. Glaub one criminal history point for his having pled guilty to misdemeanor Trespass 2 in November 2009, which resulted in a sentence of 1-year unsupervised probation. *See* **Ex 2**, *2009 Plea Agreement*. In turn, the PSI calculates Mr. Glaub's criminal history as 1 point, citing USSG § 4A1.1(c) in support. Meanwhile, USSG § 4A1.2(c) states that sentences for certain misdemeanors – including trespassing – are not counted unless the sentence was a term of probation of more than one year or a term of imprisonment for at least thirty days, or the prior offense was similar to the instant offense. In this case, Mr. Glaub was sentenced to only one year of probation for his misdemeanor trespass, and no argument can be made that the offense is similar to the instant offenses. As such, Mr. Glaub should have received no points for his criminal history score.[2]

6.   With a total offense level of 16 and a criminal history category of I, the guidelines imprisonment range is 21 to 27 months. *See* Sentencing Table, USSG Chapter 5, Part A. The PSI incorrectly states the guideline imprisonment range as between 41 and 51 months. *See* PSI at ¶ 53.

---

[1] Mr. Glaub will also be filing a motion for downward departure or variance seeking a lower total offense level based upon on the unique circumstances of this case. The motion will be filed on or before May 5, 2017, pursuant to the Court's order. *See* Order [ECF No. 120].

[2] Mr. Glaub acknowledges that this error does not impact his criminal history category, which remains I.

## CONCLUSION

For the foregoing reasons and in the foregoing manner, Mr. Glaub objects to the

Presentencing Investigation Report.

Respectfully submitted this 14th day of April, 2017.

RATHOD | MOHAMEDBHAI LLC

s/ Siddhartha H. Rathod
Siddhartha H. Rathod
Laura B. Wolf
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
sr@rmlawyers.com
lw@rmlawyers.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on April 14, 2017, I electronically filed the foregoing **DEFENDANT'S OBJECTIONS TO PRESENTENCING INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

*s/ Siddhartha H. Rathod*
Siddhartha H. Rathod
